**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PETER STRATTON, individually, on behalf of the Holman Enterprises Supplemental Retirement and Savings Plan, and on behalf of all similarly situated participants and beneficiaries of the plan,<br><br>         Plaintiff,<br><br>v.<br><br>HOLMAN AUTOMOTIVE GROUP, INC. and JOHN AND JANE DOES 1-30 IN THEIR FIDUCIARY CAPACITIES,<br><br>         Defendants. | Case No. 1:26-cv-03672-CPO-EAP |

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION

Pursuant to Rule 41(a)(1)(a)(i) of the Federal Rules of Civil Procedure, Plaintiff Peter Stratton voluntarily dismisses this action in its entirety.  Dismissal of the action without Court Order is appropriate under Rule 41(a)(1)(a)(i) because Defendants have not filed an answer or a motion for summary judgment.

Date:  June 15, 2026

/s/ James E. Cecchi
James E. Cecchi
**CARELLA BYRNE CECCHI BRODY &
AGNELLO, P.C.**
5 Becker Farm
Roseland, NJ 07068
Tel. 973-994-1700
jcecchi@carellabyrne.com

Abigail M. Cody (*Pro Hac Vice*)
**MILBERG, PLLC**
800 S. Gay St., Suite 1100
Knoxville, TN 37929
Tel: (865) 247-0080
acody@milberg.com

*Attorneys for Plaintiff*